# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KATHERINE ANN HYATT,**
Appellant,

v.

**JANE ELIZABETH ZIMMERMAN,** as personal representative of the
**ESTATE OF MARK R. HYATT,**
Appellee.

No. 4D19-1514

[February 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. FMCE18000977.

Gustavo E. Frances of The Law Offices of Gustavo E. Frances, P.A., Fort Lauderdale, for appellant.

Christopher N. Link of Christopher N. Link, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***